IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVE A. STRANGE,

      Petitioner,

v.                                CASE NO. 4:12-cv-505-SPM-GRJ

SECRETARY, DEP'T OF CORRECTIONS[1]

      Respondent.
_____/

# O R D E R

    This case is before the Court on Respondent's Motion for Extension of Time.

(Doc. 14.)  Respondent seeks a 60-day extension of time to respond to the Petition.

    Upon due consideration, it is **ORDERED** that:

    1.    Respondent's Motion for Extension of Time, Doc. 14, is **GRANTED**. Respondent shall file a response **on or before May 4, 2013**.

    2.    Petitioner shall file his reply, if any, **on or before June 3, 2013**.

    **DONE AND ORDERED** this 6th day of March 2013.

               *s/ Gary R. Jones*
               GARY R. JONES
               United States Magistrate Judge

---

[1] Because Petitioner is an inmate in the custody of the Florida Department of Corrections (DOC), the Secretary of the DOC is the state officer who has custody of Petitioner, and therefore the Secretary is properly named by his official title as the Respondent in this case.  *See* Fed. R. Civ. P. 17(d); Rule 2, Rules Governing Habeas Corpus Petitions under § 2254.  The **Clerk** is directed to correct the docket accordingly.