**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**STEVE A STRANGE,**
       **Petitioner,**

**v.**                        **Case No.:**    **4:12cv505/RV/GRJ**

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**
       **Respondent.**

_____

**ORDER**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 3, 2015.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed (doc. 28), I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The amended petition for a writ of habeas corpus (doc. 10) is **DENIED.**

    3.  A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is **DENIED**.

    **DONE AND ORDERED** this 30th day of June, 2015.


                _/s/ Roger Vinson_
                **ROGER VINSON
                Senior United States District Judge**