# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**STEVE A. STRANGE,**

    *Petitioner*,

v.                                      Case No.: **4:12cv505-MW/ZCB**

**SECRETARY DEPARTMENT OF CORRECTIONS,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 53, and has also reviewed *de novo* Petitioner's objections, ECF No. 54.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 53, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Rule 60(b) motion to reopen, ECF No. 51, is **DENIED** and this matter is **DISMISSED for lack of jurisdiction** because the motion is a successive § 2254 habeas petition that was filed without the Eleventh Circuit's opinion." Petitioner's motion to supplement the record, ECF No. 52, is **DENIED as moot**.

The Clerk shall close the file.

**SO ORDERED on March 2, 2026.**

**s/Mark E. Walker**
**United States District Judge**